Frank Frisenda (State Bar No. 85580)
FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Boulevard, Suite 500
Los Angeles, California 90025
Tel.: (702) 792-3910
Fax: (702) 436-4176
E-Mail: frankfrisenda@aol.com
Attorney for Plaintiff
EVER WIN INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER WIN INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 thru 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**CV11-09567 GHK (JEMx)**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, EVER WIN INTERNATIONAL CORPORATION (hereinafter "Plaintiff" or "Ever Win") complains of Defendant Wal-Mart Stores, Inc. (hereinafter referred to as "Defendant" or "Wal-Mart") and alleges as follows:

## PARTIES

1. Plaintiff, Ever Win International Corporation ("Ever Win") is a California corporation having a principal place of business at 17579 Railroad Street, City of Industry, California, 91748.

2. Upon information and belief, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") is America's largest retailer of consumer goods. It is a Delaware corporation with home offices located at 702 SE 8th Street, No. 555, Bentonville, Arkansas 72716-82052. Wal-Mart may be served by serving its registered agent CT Corporation System at 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201.

3. On information and belief, Defendant has for many years engaged in substantial business activities in California and continues to engage in such activities by, among other things, designing, manufacturing, promoting and selling its goods, including the accused products and services to customers located in California.

4. The true names and capacities, whether individual, corporate or otherwise, of the defendants named herein as DOES 1 through 10 are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will seek to amend this Complaint to allege the true names and capacities of said Defendants when they have ascertained such information. Plaintiff is informed and believes that each of the Defendants named herein as DOES 1 through 10 has participated in some or all of the acts or conduct alleged in this Complaint and is liable to Plaintiff by reasons thereof.

5. On October 26, 2010, U.S. Design Patent No. D626,072 S ("the '072 patent") was duly and legally issued to Joseph Shien Tang Tseng and Joseph B. Sainton, for an invention entitled "Dual USB Active Cigarette Lighter Adapter Plug with Capture." The patent has since been assigned to Ever Win International Corporation. (Appended hereto as Exhibit "1" is a true and correct copy of U.S. Design Patent D626,072 S).

6. Ever Win is the owner of record by assignment and has the right to bring suit under the '072 patent.

7. Ever Win is a manufacturer and seller, *inter alia*, of Cigarette Lighter Adapters ("CLAs") and is in direct competition with Defendants.

8. Ever Win's CLA includes its model No. "Bullet VPC DC 201008" (hereinafter "The Bullet VPC") as shown in Exhibit "2" hereto.

## JURISDICTION AND VENUE

9. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq.* The Court has subject matter jurisdiction over the patent infringement claims under 28 U.S.C. § 1338(a). Additionally, although not necessary, the Court also has diversity jurisdiction under 28 U.S.C. § 1332.

10. Venue is appropriate in this district pursuant to 28 U.S.C. § 1391, 1400(b).

## PATENT INFRINGEMENT UNDER 35 U.S.C. § 271

11. Plaintiff realleges paragraphs 1 through 10 as if fully set forth herein.

12. Section 271 of the Patent Act provides that anyone who, "without authority makes, uses, offers to sell, or sells any patented invention, within the United States ... infringes the patent." 35 U.S.C. § 271(a). Defendants are currently selling, or offering for sale accused CLAs which infringe Plaintiff's patent.

13. Defendants market, distribute, and sell accused CLAs in this Judicial District, and through the United States. At least one od the accused CLAs is identified by Defendants as "Just Wireless Dual USB Car Phone Adapter, Model No. SKU04062". (Appended hereto as Exhibit "3" is a photograph of one of said Defendant's CLAs).

14. Defendants are infringing the claimed design in Plaintiff's '072 patent by selling, and having sold, such CLA units for at least the past five (5) years.

15. Defendants have been, and still are, infringing, actively inducing others to infringe, and contributorily infringing the '072 patent throughout the country.

16. On information and belief, Defendants' infringement has been willful. Defendants have had actual and/or constructive notice of the existence of Ever Win's patent rights and continued in their sale of the accused CLAs.

17. On information and belief, Ever Win expects that future evidentiary support for these infringement allegations will be shown upon further examination and after a reasonable opportunity for further investigation and discovery.

18. Ever Win has been, and will continue to be, irreparably harmed by Defendants' infringing conduct unless Defendants are enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays this Honorable Court grant the following relief:

1. Adjudge that Defendants have infringed the '072 patent;

2. Enter a preliminary and permanent injunction to enjoin Defendants from infringing the '072 patent pursuant to 35 U.S.C. § 283;

3. Award Ever Win damages against Defendants adequate to compensate Ever Win for the infringement of the '072 patent pursuant to 35 U.S.C. § 284;

4. Find that Defendants' infringement is deliberate and willful, and that the damages awarded to Ever Win be trebled pursuant to 35 U.S.C. § 284;

5. Award Ever Win Defendant's profits for infringement of Plaintiff's Design Patent pursuant to 35 U.S.C. § 289;

6. Award Ever Win reasonable attorney fees in accordance with 35 U.S.C. § 285;

7. Award Ever Win interest and costs; and

8. Award Ever Win such other relief as is just.

FRISENDA, QUINTON & NICHOLSON

Dated: November 16, 2011         By: _____
FRANK FRISENDA, JR.
Attorneys for Plaintiff
EVER WIN INTERNATIONAL CORPORATION

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury.

FRISENDA, QUINTON & NICHOLSON

Dated: November 16, 2011     By: _____
FRANK FRISENDA, JR.
Attorneys for Plaintiff
EVER WIN INTERNATIONAL CORPORATION



US00D626072S

## (12) United States Design Patent
### Tseng et al.

(10) Patent No.: **US D626,072 S**
(45) Date of Patent: ** Oct. 26, 2010

(54) **DUAL USB ACTIVE CIGARETTE LIGHTER ADAPTER PLUG WITH CAPTURE**

(75) Inventors: **Joseph Shien Tang Tseng**, Diamond Bar, CA (US); **Joseph B. Sainton**, Dongguan (CN)

(73) Assignee: Ever Win International Corporation, City of Industry, CA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/349,241

(22) Filed: Mar. 18, 2010

(51) LOC (9) Cl. .................................. 13-03
(52) U.S. Cl. .................................. D13/144
(58) Field of Classification Search .......... D13/107, D13/118, 119, 120, 133, 144, 154, 184; D14/155; 320/65, 107, 108, 109; 363/13, 146; 439/300, 439/620, 638, 668, 669, 675, 825
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D392,617 S | * | 3/1998 | Yokozawa | D13/144 |
| D400,176 S | * | 10/1998 | Jones | D13/144 |
| D403,663 S | * | 1/1999 | Jones et al. | D13/144 |
| D442,543 S | * | 5/2001 | Krumenacker et al. | D13/107 |
| D463,369 S | * | 9/2002 | Eisenbraun | D13/144 |
| D490,058 S | * | 5/2004 | Mkhitarian | D13/144 |
| D505,389 S | * | 5/2005 | Chang | D13/107 |
| D506,455 S | * | 6/2005 | Bey et al. | D14/155 |
| D525,937 S | * | 8/2006 | Seil et al. | D13/144 |
| D525,938 S | * | 8/2006 | Seil et al. | D13/144 |
| D604,699 S | * | 11/2009 | Yamamoto | D13/144 |

* cited by examiner

*Primary Examiner*—Daniel D Bui
(74) *Attorney, Agent, or Firm*—Joe Nieh

(57) **CLAIM**

The ornamental design for a dual USB active cigarette lighter adapter plug with capture, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a dual USB active cigarette lighter adapter plug with capture showing our new design;
FIG. 2 is another perspective thereof;
FIG. 3 is a top view thereof on a reduced scale;
FIG. 4 is a front view thereof;
FIG. 5 is a bottom view thereof;
FIG. 6 is a left side view thereof;
FIG. 7 is a right side view thereof; and,
FIG. 8 is a rear view thereof.

The broken line showing the drawings is included for the purpose of illustrating environmental structure and forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**




EXHIBIT 1



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

14



15

Exhibit 2



EXHIBIT 3

# Just **Wireless**®

Fits:
- **Motorola**®
- **Samsung**®
- **LG**®
- **Blackberry**®
- **Sony Ericsson**®
- **Apple**®
- **Palm**®
- **Nokia**®
- **Nextel**®
- **Sanyo**®
- **Kyocera**®
- **HTC**®
- **Pantech**®



- **Charges 2** mobile phone, MP3, camera and Bluetooth® headset devices simultaneously.

Lifetime Warranty

## **DualUSB**Car**PhoneCharger**

17

SKU 04062

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
EVER WIN INTERNATIONAL CORPORATION, a California corporation

**DEFENDANTS**
WAL-MART STORES, INC., a Delaware corporation; and DOES 1 thru 10, inclusive.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Frank Frisenda (SB #85580), FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Blvd., Suite 500, Los Angeles, California 90025
Tele: 702/792-3910 Fax: 702/436-4176

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 USC §271 - PATENT INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | | | |
|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/Other |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | |

Additional columns:
| | |
|---|---|
| ☐ 710 Fair Labor Standards Act | |
| ☐ 720 Labor/Mgmt. Relations | |
| ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | |
| ☐ 740 Railway Labor Act | |
| ☐ 790 Other Labor Litigation | |
| ☐ 791 Empl. Ret. Inc. Security Act | |
| ☐ 820 Copyrights | |
| ☒ 830 Patent | |
| ☐ 840 Trademark | |
| ☐ 861 HIA (1395ff) | |
| ☐ 862 Black Lung (923) | |
| ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 864 SSID Title XVI | |
| ☐ 865 RSI (405(g)) | |
| ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 871 IRS-Third Party 26 USC 7609 | |

**FOR OFFICE USE ONLY:** Case Number: **CV11-09567**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_ Date November 16, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:
Frank Frisenda (State Bar No. 85580)
FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Tele: 702/792-3910

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EVER WIN INTERNATIONAL CORPORATION, a California corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11-09567 GHK (JEMx) |
| v. | |
| WAL-MART STORES, INC., a Delaware corporation; and DOES 1 thru 10, inclusive, | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): WAL-MART STORES, INC.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Frank Frisenda__, whose address is __11601 Wilshire Blvd., Suite 500, Los Angeles, California 90025__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: NOV 17 2011

Clerk, U.S. District Court

By: JULIE PRADO
    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                      SUMMONS